JOHN SLOAN et al., Copartners under the Name of SLOAN & ROBERTSON, Appellants and Respondents, *v.* STATE OF NEW YORK, Respondent and Appellant.   (Claim No. 25816.)

Argued January 12, 1944; decided March 2, 1944.

*Joseph P. Keenan* for claimants, appellants and respondents.
*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd* and *Herman F. Nehlsen* of counsel), for State of New York, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.